Baughman Manufacturing Co., Inc., Plaintiff-Appellee, v. Clarence A. Hein, d/b/a Hein Equipment Co., and Hein Equipment Co., Defendants-Appellants.

Gen. No. 10,451.

Third District.

December 19, 1963.

Armbruster & Diaz, of Alton (Ross Armbruster, of counsel), for appellants; W. F. Hacker, of Jerseyville, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.